**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| IN RE: INGRID L. VEGA, D/B/A PROFESSIONAL INTERPRETERS OF ERIE, | : No. 352 WAL 2020 |
| | : |
| | : |
| | : Petition for Allowance of Appeal |
| Petitioner | : from the Order of the |
| | : Commonwealth Court |
| | : |
| v. | : |
| | : |
| | : |
| COMMONWEALTH OF PENNSYLVANIA, | : |
| DEPARTMENT OF LABOR AND | : |
| INDUSTRY, OFFICE OF | : |
| UNEMPLOYMENT COMPENSATION TAX | : |
| SERVICES, | : |
| | : |
| Respondent | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of May, 2021, the Petition for Allowance of Appeal is **DENIED**.